NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSEPH R. FLYING HORSE,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2022-1908

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-01459-MCW, Senior Judge Mary Ellen Coster Williams.

---

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                                    FLYING HORSE v. US

accordance with the rules.

FOR THE COURT

September 16, 2022
        Date                          /s/ Peter R. Marksteiner
                                      Peter R. Marksteiner
                                      Clerk of Court

**ISSUED AS A MANDATE:** September 16, 2022